

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-20-00389-CV

**THE CINCINNATI INSURANCE COMPANY,**
Appellant

v.

Ronnie **VILLANUEVA,**
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-10-36490-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

   Appellant's motion to extend time to file the appellant's brief is granted. We order the appellant's brief is due November 30, 2020.

_____
Luz Elena D. Chapa, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court